### 11404. PALMER v. THE STATE.

LUKE, J. 1. The evidence connecting the defendant with the offense charged, while slight, was sufficient to exclude every *reasonable* hypothesis save that of his guilt.

2. None of the special grounds of the motion for a new trial shows cause for a reversal of the judgment below.

*Judgment affirmed. Broyles, C. J., and Bloodworth; J., concur.*
DECIDED MAY 12, 1920.

Indictment for manufacture of intoxicating liquor; from Bartow superior court — Judge Tarver. February 13, 1920.

*Neel & Neel,* for plaintiff in error.

*Joseph M. Lang, solicitor-general,* contra.